on notice. Order unanimously affirmed, with $10 costs and disbursements to the respondent. The orders were proper in the absence of some factual showing, as distinguished from the bare claim, that the will would have been revoked except for intervention of the proponents. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 742.]

## (January 27, 1953.)

In the Matter of CENTER HOLDING CORP., Appellant. ESTHER WECHSLER et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. The decision of Special Term is modified by striking therefrom Finding of Fact No. 3. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

ANDREW S. CANTONI, Appellant, v. MAYFLOWER DOUGHNUT CORPORATION et al., Respondents.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

S. SHAMASH & SONS, INC., Respondent, v. MOHSEN N. GHANDI, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

SIMON LANDER, Appellant, v. LONG ISLAND TRANSPORT CO., INC., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

CONSOLIDATED FISHERIES COMPANY, Respondent-Appellant, v. BROWN-ALLEN CHEMICALS, INC., Appellant-Respondent.— Orders unanimously affirmed. (See *Matter of Joseph* [*Pacific Mills*], 280 App. Div. 326.) No opinion. Settle orders on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *post,* p. 864.]

WESTINGHOUSE ELECTRIC CORPORATION, Respondent, v. JOSEPH H. LYONS et al., Individually and Doing Business under the Name of LYONS ELECTRICAL DISTRIBUTING COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

ERNA FISCHER, Appellant, v. NEW YORK SAVINGS BANK, Defendant, and MABEL GOWLAN, Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. At least the alleged promise runs afoul of subdivision 9 of section 31 of the Personal Property Law. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.